

ORDERED in the Southern District of Florida on September 19, 2022.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                         Case No. 21-12382-BKC-PDR
                                                               Chapter 7

1101 S Federal Highway, LLC

_____Debtor_____/

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application by Adams & Cohen, LLC on behalf of Adams & Cohen, LLC and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, the clerk is directed to disburse, after 14 calendar days from entry of this order, payment to Adams & Cohen, LLC and, if applicable, the "funds locator" or attorney submitting the application, Adams & Cohen, LLC, the sum of $ 5,000.00 now held as unclaimed funds in the treasury for the original claimant Devon Michael Schoby.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

LF-29 (rev. 08/20/19)                          Page 1 of 2

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)